UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ROGAN,

      Plaintiff,

v.

CHATEAUFORT PLACE COOPERATIVE, INC.,

      Defendant.

Case No. 25-cv-12443
HON. MARK A. GOLDSMITH

_____/

## ORDER GRANTING PLAINTIFF LEAVE TO FILE SUR-REPLY (Dkt. 13)

This matter is presently before the Court on Plaintiff Robert Rogan's Motion to Strike or Deny Defendant's Reply or Grant Plaintiff Leave to File a Sur-Reply (Dkt. 13).

Rogan is granted leave to file a sur-reply, which will be due two weeks from the date of this order.

**SO ORDERED.**

Dated: April 17, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 17, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager